**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1669**

ROBERT PATTERSON,

            Plaintiff - Appellant,

      v.

JOHN B. MANN,

            Defendant – Appellee,

      and

MARTHA MANN,

            Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:13-cv-01338-LMB-TCB)

Submitted: October 16, 2014          Decided: October 20, 2014

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Patterson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this civil action, Robert Patterson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing all claims against Martha Mann.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Patterson v. Mann, No. 1:13-cv-01338-LMB-TCB (E.D. Va. Mar. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We note that the district court ultimately ordered a final default judgment against John B. Mann, Martha Mann's husband.